United States District Court
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/11/11

----

ASSOCIATED FINANCIAL CORPORATION and
COMMUNITY HOUSING ENTERPRISES, INC.,

                Plaintiffs,

- against -

STANLEY M. KLECKNER, ET AL.,

                Defendants.

----

09 Civ. 3895 (JGK)

MEMORANDUM OPINION AND ORDER

JOHN G. KOELTL, District Judge:

The plaintiffs' move for reconsideration of this Court's Memorandum Opinion and Order dated August 2, 2010 granting the defendants' motion to dismiss and directing the Clerk to enter judgment dismissing the action and closing the case. The plaintiffs have failed to show that there were any issues of fact or law that the Court overlooked. While the plaintiffs disagree with the Court's decision, that is not a basis for reconsideration. See, e.g., R.F.M.A.S., Inc. v. Mimi So, 640 F. Supp. 2d 506, 512-13 (S.D.N.Y. 2009). Indeed, having reviewed the motion for reconsideration, there is nothing in the motion that suggests that the Court's decision was incorrect in any way.

The motion for reconsideration is therefore denied.

The plaintiffs have also filed a motion to file the Settlement Agreement and Release under seal. Whatever is in the

record is already in the record, and the record was concluded in this Court prior to the filing of this motion. There is no specific showing as to why any part of the record that was not previously under seal should now be placed under seal.

The motion to seal is therefore denied.

The Clerk is directed to close Dockets No. 40 and 42.

SO ORDERED.

Dated:   New York, New York
         July 7 , 2011

                                    _____
                                    John G. Koeltl
                                    United States District Judge